Case 1:22-cv-07029-CM    Document 35    Filed 08/23/24    Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILIJA BRKIC, *individually and on behalf of others Similarly situated*

                              Plaintiff,

                    -against-

DUMBO MOVING AND STORAGE INC. and LIOR RACHMANY

                    Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-07029-CM

**NOTICE OF MOTION**

MEMO ENDORSED

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Adam P. Grogan, Esq., sworn to on August 23, 2024, the exhibits annexed thereto, and the Memorandum of Law in Support of Plaintiff's Motion for Reconsideration, Plaintiff, MILIJA BRKIC, will move this Honorable Court on date and time to be decided by the Court: For an Order pursuant to Rule 54 of the Federal Rules of Civil Procedure granting reconsideration of its January 9, 2023 Decision and Order Granting Defendants' Motion to compel arbitration

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Hon. Judge McMahon's Individual Rules, opposing party need not serve any responsive papers unless specifically directed to do so.

Dated: Syosset, New York
         August 23, 2024

                                                                   Respectfully submitted,

                                                                   *Adam P. Grogan*
                                                                   Adam P. Grogan, Esq.
                                                                   **BELL LAW GROUP, PLLC**
                                                                   116 Jackson Avenue
                                                                   Syosset, New York 11791
                                                                   516.280.3008
                                                                   apg@belllg.com
                                                                   *Attorneys for Plaintiff and putative class and collective*

---

*Handwritten endorsement:*

9/10/2024

This "motion for reconsideration" is untimely — the court's order was entered in January 2023, and the 10 day period for reconsideration has long since passed. So has the time for taking an appeal — and an appeal was filed, and was [dismissed]. The parties dismissed the appeal. This motion is DENIED.